# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

EDDY STANLEY HARRIS, JR.,                                             PLAINTIFF
ADC #132946

V.                                5:19CV00096-JM-JTK

DEMARCUS DAVIS, et al.                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's ADA claim is DISMISSED for failure to state a claim.

IT IS SO ORDERED this 4th day of April, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1