# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

EDDY STANLEY HARRIS, JR.,     PLAINTIFF
ADC #132946

V.     5:19CV00096-JM-JTK

DEMARCUS DAVIS, et al.     DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 23) is GRANTED, and Plaintiff's complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 25th day of February, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE