IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDY STANLEY HARRIS, JR.,                                      PLAINTIFF
ADC #132946

V.                      5:19CV00096-JM-JTK

DEMARCUS DAVIS, et al.                                    DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 25th day of February, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1